UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT https://www.facebook.com/profile.php?id=100082672455586 THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. 2:23-mj-196-KFW<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Marshall W. McCamish, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

2. I am a Task Force Officer ("TFO") with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been since February of 2022. I am presently assigned as a HSI TFO out of the Portland, Maine, HSI Office of the Resident Agent in Charge ("RAC"). I also serve as a Detective with the Auburn, Maine Police Department ("APD"). I have served as a Law Enforcement Officer ("LEO") for 20 years. As a detective and TFO, I have independently and co-investigated a wide range of criminal

offenses, such as: Sex Trafficking, Elevated Aggravated Assaults, Robbery, Murder, Drug Trafficking, Felony Theft, along with various electronic crimes. As a detective and TFO, I serve as an Internet Crimes Against Children ("ICAC") Investigator. I earned a master's degree in Criminal Justice Administration, along with undergraduate degrees in criminal justice and administration. I am a graduate of the Maine Criminal Justice Academy's Basic Law Enforcement Training Program, located in Vassalboro, ME. In addition, I have completed HSI TFO and Customs Officer Cross-Designation Training. Over the course of my career, I have received specialized training related to criminal investigations as well, specifically related to high technology and cybercrime, child exploitation, and Child Sex Abuse Material (commonly referred to as Child Pornography and as defined in 18 U.S.C. § 2256). Some of the specialized trainings that I have received include: National Computer Forensics Institute ("NCFI") Digital Evidence Investigations, NCFI Vehicle Forensics Course, National White Collar Crime Center ("NW3C") Basic Digital Forensic Analysis: Seizure, NW3C Basic Cyber Investigations: Cellular Records Analysis, NW3C Basic Cyber Investigations: Digital Footprints, NW3C How Computers Work and Store Data, NW3C Introduction to Computer Networks, along with attending multiple digital evidence and investigation seminars through the annual National Cyber Crime Conference. Throughout my law enforcement career, I have independently conducted numerous investigations, written affidavits for the arrest of suspects and for the search of various locations and objects, assisted other LEO's with their investigations, prepared reports, provided sworn statements, and testified in both state and federal criminal proceedings.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18, United States Code, Sections 2251 (production of child pornography), 2252A (possession of child pornography), and 2422(b) (coercion of a minor to engage in sexual activity) have been committed by Facebook users in contact with the Target Account, which is described below.  There is also probable cause to search the information described in Attachment A for evidence of these crimes as described in Attachment B.

5.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6.      Minor 1 is a 16-year-old female whose identity is known to me.  Minor 1 is an identified victim in a pending child pornography case.  Minor 1 has an extensive involvement with the juvenile justice system.  Minor 1 frequently departs from her guardian's residence with unknown whereabouts.  She was recently recovered out of state and returned to Maine.  Minor 1 is believed to be illicitly using controlled substances, to include fentanyl.  In recent weeks, Minor 1 overdosed and was revived by emergency personnel.  I know Minor 1 has also recanted testimony she was scheduled to give in a state proceeding against someone close to her.  The government has spent considerable time, effort, and resources to provide treatment and rehabilitation services to Minor 1.  Her engagement with these efforts is sporadic.  Her current whereabouts are unknown.  I believe based on the information in this affidavit and other

information received to date that Minor 1 continues to engage in illicit drug use and commercial sexual activity.

7. Law enforcement officers are in contact with Minor 1's guardian about her well-being and her whereabouts. On May 26, 2023, Minor 1's guardian told me that Minor 1 had accessed her Facebook account on her guardian's phone and left the browser open. The guardian reviewed the contents of the Facebook account and became very concerned about what she saw. While at the guardian's residence, the guardian provided the device me and allowed me to review the contents of the account and to capture images of stored communications. Agents did not perform a full forensic image of the guardian's device, but were able to capture numerous Facebook Messenger exchanges between Minor 1's account and other accounts. Some of these communications date back to the fall of 2022.

8. Through review of the guardian's phone, I was able to determine that Minor 1 was using Facebook account https://www.facebook.com/profile.php?id=100082672455586.

9. Among the accounts in contact with Minor 1's account were the following:

   a. A user profile stored as "Samra."

   b. A user profile stored as "Cristiano"

   c. A user profile stored as "BabyRich."

   d. A user profile stored as "GMurda."

10. A summary of communications to establish probable cause to search Meta's servers for additional evidence are set forth below.

   a. *Communications with Samra*

11. On November 21, 2022, Minor 1's account had the following exchange with the Samra account.

| Sending Account | Receiving Account | Content |
|---|---|---|
| Samra | Minor 1's Account | You wanna make money |
| Minor 1's Account | Samra | Ya |
| Samra | Minor 1's Account | You down |
| Minor 1's Account | Samra | Ya |
| Samra | Minor 1's Account | Wya |
| Minor 1's Account | Samra | Coming to lew |
| Minor 1's Account | Samra | Wya |
| Samra | Minor 1's Account | I'm at Knox the person is not here at the moment I want you to stay on the phone all times please |
| Minor 1's Account | Samra | Ok |

12. On November 22, 2022. Minor 1's account had the following exchange with the Samra account.

| Sending Account | Receiving Account | Content |
|---|---|---|
| Minor 1's Account | Samra | Yo |
| Samra | Minor 1's Account | Sup |
| Minor 1's Account | Samra | Sup |
| Samra | Minor 1's Account | Nm man at the crib |
| Samra | Minor 1's Account | You weird I do want to help you sometimes but the way you be acting towards me is not okay I don't like that!! Don't think you can give me attitude and plus you fucked with one of my customer and you fucking him for cheap Lmfaoo like your Pussy worth 20$ smh |
| Minor 1's Account | Samra | Do I owe u |
| Minor 1's Account | Samra | Or can we be friends |
| Minor 1's Account | Samra | And I am sorry |
| Samra | Minor 1's Account | Bro I'm sick and tired niggaz calling me talking about "[MINOR] did it for 20$ why can't you" like bitch don't play with me dawg!! That's sum fucked up shitt and you fucking up my money!! |

5

13. I believe these messages relate to commercial sexual activity involving a minor. I believe the user of the "Samra" account asked Minor 1 if she wished to make money through sexual activity. I further believe that the user of the "Samra" account admonished Minor 1 for charging too little for sexual conduct and interfering with "Samra's" ability to earn revenue through commercial sex.

b. *Communications with Cristiano*

14. On about May 20, 2023, Minor 1 had the following exchange with the user of the Cristiano account:

| Sending Account | Receiving Account | Content |
|---|---|---|
| Cristiano | Minor 1's Account | Hey |
| Cristiano | Minor 1's Account | Are you in Lewiston |
| Minor 1's Account | Cristiano | I'm on my way! |
| Cristiano | Minor 1's Account | Where |
| Minor 1's Account | Cristiano | Home |
| Minor 1's Account | Cristiano | Wyn |
| Minor 1's Account | Cristiano | What u want |
| Cristiano | Minor 1's Account | Fuck |
| Cristiano | Minor 1's Account | Can I see you now |
| Cristiano | Minor 1's Account | ? |
| Minor 1's Account | Cristiano | Nah |
| Cristiano | Minor 1's Account | Why not |
| Minor 1's Account | Cristiano | I am good |
| Cristiano | Minor 1's Account | I've got money |
| Minor 1's Account | Cristiano | How much |
| Minor 1's Account | Cristiano | ? |
| Minor 1's Account | Cristiano | Nvm |
| Minor 1's Account | Cristiano | Bye |
| Cristiano | Minor 1's Account | 100 |
| Minor 1's Account | Cristiano | Cap |

15. On about May 20, 2023, Minor 1 had the following exchange with the user of the Cristiano account:

6

| Sending Account | Receiving Account | Content |
|---|---|---|
| Cristiano | Minor 1's Account | Hello [MINOR] |
| Cristiano | Minor 1's Account | Good morning |
| Minor 1's Account | Cristiano | Hi |
| Cristiano | Minor 1's Account | How's it going |
| Cristiano | Minor 1's Account | Can I come right now |
| Minor 1's Account | Cristiano | Ya |

16. I believe these communications relate to commercial sex with a minor. Specifically, I believe that the user of the Cristiano account told Minor 1 he wanted to have sex and had money. I believe the two agreed to meet on May 21, 2023, to engage in sexual activity.

   c. *Communications with BabyRich*

17. On about May 23, 2023, Minor 1 had the following exchange with the user of the BabyRich account:

| Sending Account | Receiving Account | Content |
|---|---|---|
| BabyRich Account | Minor 1's Account | send me some nude bbe |
| BabyRich Account | Minor 1's Account | wallaji I got you |
| BabyRich Account | Minor 1's Account | (Photo of several $20 bills) |
| BabyRich Account | Minor 1's Account | 300 for it |
| BabyRich Account | Minor 1's Account | i got u wallahi rigjt nowwwww |
| BabyRich Account | Minor 1's Account | videos and good ones |
| BabyRich Account | Minor 1's Account | just send them video come on |
| BabyRich Account | Minor 1's Account | hurry uo |
| BabyRich Account | Minor 1's Account | up |
| Minor 1's Account | BabyRich Account | U did not send the money u own |
| Minor 1's Account | BabyRich Account | Me |
| Minor 1's Account | BabyRich Account | Send it |
| Minor 1's Account | BabyRich Account | (Cash app account) |
| BabyRich Account | Minor 1's Account | wallahi cuz I was busy asf |
| BabyRich Account | Minor 1's Account | but I said video tno |
| Minor 1's Account | BabyRich account | Come on |
| BabyRich Account | Minor 1's Account | but u send me a pic i dont want that |
| BabyRich Account | Minor 1's Account | wallhi dead ass i send to wallaji |
| BabyRich Account | Minor 1's Account | fr this time wallhi |

| | | |
|---|---|---|
| BabyRich Account | Minor 1's Account | im bless u tn |
| BabyRich Account | Minor 1's Account | frfr |
| Minor 1's Account | BabyRich Account | I got wallah |
| Minor 1's Account | BabyRich Account | U |
| Minor 1's Account | BabyRich account | Send it |
| BabyRich Account | Minor 1's Account | send it hurry up |
| BabyRich Account | Minor 1's Account | im literally on my cash app rigjt now |
| Minor 1's Account | BabyRich Account | Ok |
| BabyRich Account | Minor 1's Account | send good videos |
| BabyRich Account | Minor 1's Account | hurry up |
| BabyRich Account | Minor 1's Account | im abour send u 1000 |
| BabyRich Account | Minor 1's Account | sedn tne video |
| BabyRich Account | Minor 1's Account | hurry up |
| Minor 1's Account | BabyRich Account | Show me u put the cashapp and the amount |
| Minor 1's Account | BabyRich Account | One video |
| Minor 1's Account | BabyRich Account | Wym |
| Minor 1's Account | BabyRich Account | And stop playing |
| Minor 1's Account | BabyRich Account | See you that how I know u like to me |
| Minor 1's Account | BabyRich Account | Lie to me |
| BabyRich Account | Minor 1's Account | wallaji im not |
| BabyRich Account | Minor 1's Account | im not just can send it u im waiting for the videos wahh I said on my momm |
| BabyRich Account | Minor 1's Account | come u playing now |
| Minor 1's Account | BabyRich Account | Ok |
| BabyRich Account | Minor 1's Account | oky its whatever im just leave that ong |
| Minor 1's Account | BabyRich Account | I am about to send u a video |
| BabyRich Account | Minor 1's Account | oky send it tjan good ones i wana see everything fr |
| Minor 1's Account | BabyRich Account | Once I send it u better send it |
| BabyRich Account | Minor 1's Account | oky I got u |
| BabyRich Account | Minor 1's Account | like on the spot |
| BabyRich Account | Minor 1's Account | sned some good ones wallaji |
| Minor 1's Account | BabyRich Account | There send it |
| Minor 1's Account | BabyRich Account | Bro |
| Minor 1's Account | BabyRich account | (Still image showing nude female from breasts to thighs) |
| Minor 1's Account | BabyRich Account | There bro |
| Minor 1's Account | BabyRich Account | Send it |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich account | Hello |

| | | |
|---|---|---|
| BabyRich Account | Minor 1's Account | i said video not a pic and only 1 tf |
| BabyRich Account | Minor 1's Account | come on gilr |
| BabyRich Account | Minor 1's Account | u can do bette than thatttttttt |
| BabyRich Account | Minor 1's Account | i said videos |
| BabyRich Account | Minor 1's Account | come on stop playing with me |
| BabyRich Account | Minor 1's Account | [Name] |
| Minor 1's Account | BabyRich Account | There ur video coming |
| Minor 1's Account | BabyRich Account | Bro |
| BabyRich Account | Minor 1's Account | im waiting |
| BabyRich Account | Minor 1's Account | let me seee |
| BabyRich Account | Minor 1's Account | once i see the vidoes than i got u |
| Minor 1's Account | BabyRich Account | Okay |
| Minor 1's Account | BabyRich Account | It loading |
| BabyRich Account | Minor 1's Account | oky |
| Minor 1's Account | BabyRich Account | (Video sent) |
| Minor 1's Account | BabyRich Account | There bro |
| Minor 1's Account | BabyRich Account | Send it |
| Minor 1's Account | BabyRich Account | My shit |
| Minor 1's Account | BabyRich Account | Now |
| Minor 1's Account | BabyRich Account | U |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich Account | Yo |
| Minor 1's Account | BabyRich Account | Bro |
| Minor 1's Account | BabyRich Account | Yo |
| BabyRich Account | Minor 1's Account | oky |
| Minor 1's Account | BabyRich Account | Show me the pic |
| Minor 1's Account | BabyRich Account | When u send it too |
| Minor 1's Account | BabyRich Account | Send it bro |

18.   I believe the user of the BabyRich account solicited an explicit video from Minor 1. I believe the user of the BabyRich account offered to pay for the video and attempted to persuade Minor 1 by stating that he would send money. After Minor 1 sent a photo, the user of the BabyRich account indicated he wanted a video. Minor 1 then transmitted a video and requested money.

9

19. The video appears as 24 seconds in length. I captured several screen shots from the video, but not the entire video. The screen shots depict the following:

- Minor 1 has her shirt lifted up with her hand on her right breast. Her left breast is exposed.
- Minor 1 lifts up her shirt showing both breasts as well as her vagina and thighs. She is not wearing any underwear.
- Minor 1's exposed buttocks are pointed towards the camera. The video depicts her anus. She is not wearing any underwear.

20. The conversation ends at this point. It is unclear from the communications whether payment was ever sent. Based on the above, I believe the user of the BabyRich account caused Minor 1 to produce and distribute child pornography.

   *d. Communications with GMurda*

21. On about February 5, 2023, Minor 1 had the following exchange with the user of the GMurda account:

| Sending Account | Receiving Account | Content |
|---|---|---|
| GMurda Account | Minor 1's Account | Drop me a video of that cake and couch |
| GMurda Account | Minor 1's Account | Wtw |
| Minor 1's Account | GMurda Account | Wtw okay bet hold up |
| Minor 1's Account | GMurda Account | 31 second video (MINOR 1 and unidentified female) and a second video – both females clothed |
| Minor 1's Account | GMurda Account | Wym |
| GMurda Account | Minor 1's Account | Ass coche |
| GMurda account | Minor 1's Account | Mammy |
| GMurda account | Minor 1's Account | Show daddy some love tf |
| Minor 1's Account | GMurda Account | Okay I got u |
| GMurda Account | Minor 1's Account | Dat my shit I see when I please |
| Minor 1's Account | GMurda Account | Ok |
| GMurda Account | Minor 1's Account | Video sent to MINOR 1 |

|  |  | (video depicting vaginal intercourse) |
|---|---|---|
| GMurda Account | Minor 1's Account | Dat shit mine |
| GMurda Account | Minor 1's Account | Remember |
| Minor 1's Account | GMurda Account | Ya |

22. Based on the content of other communications, I believe the user of the GMurda account is the father of Minor 1's child. Through the above exchange, I believe the user of the GMurda account requested a video of Minor 1. Minor 1 then sent a non-explicit video depicting her and an unidentified female. The user of the GMurda account subsequently sent Minor 1 a video depicting sexual intercourse. Based on the conversations, I believe this video depicts Minor 1 and the user of the GMurda account as the user of the GMurda account claimed possession of Minor 1's body. I believe transmission of this video by the user of the GMurda account constitutes distribution of child pornography.

## BACKGROUND CONCERNING FACEBOOK[1]

23. Meta owns and operates Facebook, a free-access social networking website that can be accessed at https://www.facebook.com. Facebook users can use their accounts to share communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

24. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the

---

[1] The information in this section is based on information published by Meta on its Facebook website, including, but not limited to, the following webpages: "Privacy Policy," available at https://www.facebook.com/privacy/policy; "Terms of Service," available at https://www.facebook.com/legal/terms; "Help Center," available at https://www.facebook.com/help; and "Information for Law Enforcement Authorities," available at https://www.facebook.com/safety/groups/law/guidelines/.

user's full name, birth date, gender, e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

25. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

26. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

27. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In

addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

28. Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video, and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

29. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records related to voice and video chats. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

30. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

31. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

32. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

33. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

34. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

35. In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

36. Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta, along with a timestamp.

37. Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

38. Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical

problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

39.  As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as

it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

40. Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

41. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Meta to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

42. I recognize that this warrant is directed towards an account maintained by a potential victim. I anticipate seeking additional warrants directed to the Facebook accounts utilized by those in contact with Minor 1 who are engaged in criminal activity.

## CONCLUSION

43. Based on the foregoing, I request that the Court issue the proposed search warrant.

44. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant

by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Marshall W. McCamish
Task Force Officer, HSI

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Jul 06 2023

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title